In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00171-CV
_____

HERCULES TIRE & RUBBER COMPANY, SHANDONG YONGSHENG
RUBBER GROUP CO., LTD. AND YONGSHENG RUBBER (USA), LLC,
Appellants

V.

STACY WEAVER, ET AL, Appellees

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-190,076

MEMORANDUM OPINION

The appellants, Hercules Tire & Rubber Company, Shandong Yongsheng Rubber Group Co., Ltd. and Yongsheng Rubber (USA), LLC, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice

Opinion Delivered May 8, 2014

Before Kreger, Horton, and Johnson, JJ.